DYKMAN, Respondent, v. KEENEY et al., Defendants (BINNS, Appellant). (Supreme

Court, Appellate Division, Second Department. October 19, 1897.) Action by William N. Dykman, as receiver of the Commercial Bank, against Seth L. Keeney and others and David W. Binns. No opinion. Motion for leave to appeal to the court of appeals granted. See 45 N. Y. Supp. 137.